# United States District Court
# Central District of California
# Western Division

In re:

ADELANTO COVID *HABEAS* PETITIONS.

See Attached Case List
ED CV 20-1007-TJH(MAA)

Order    JS-6

Since March, 2020, the Court received over 100 separately filed petitions for writs of *habeas corpus*, pursuant to 28 U.S.C. § 2241, alleging Fifth Amendment substantive due process claims based on the conditions of confinement at the Adelanto Immigration and Customs Enforcement Processing Center ["Adelanto"] during the COVID-19 pandemic ["Separately Filed Cases"].

On April 13, 2020, Petitioners-Plaintiffs Kelvin Hernandez Roman, Miguel Aguilar Estrada, and Beatriz Andrea Forero Chavez, on behalf of themselves and all others similarly situated, filed a combined petition for a writ of *habeas corpus* and complaint for injunctive and declaratory relief premised on a Fifth Amendment substantive due process claim based on the conditions of confinement at Adelanto. *See Roman, et al. v. Wolf, et al.*, CV 20-768 TJH (PVCx) ["*Roman*"].

On April 23, 2020, the Court provisionally certified *Roman* as a mandatory class

action under Fed. R. Civ. P. 23(b)(2), and stayed all of the Separately Filed Cases pending the outcome of *Roman*. On September 22, 2020, the Court certified the mandatory *Roman* class on a non-provisional basis.

The Separately Filed Cases are, now, moot.

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the Separately Filed Cases, identified on the attached case list, be, and hereby are, 𝕯𝖎𝖘𝖒𝖎𝖘𝖘𝖊𝖉 as moot.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that all *Roman* class members released pursuant to an order issued in a Separately Filed Case and/or *Roman*, shall remain released subject to the terms and conditions previously ordered by the Court.

Date: July 13, 2021

_____
Terry J. Hatter, Jr.
Senior United States District Judge

**Separately Filed Cases to be Dismissed**

| Case Number | Plaintiff/Petitioner |
|---|---|
| 2:20-cv-03234-TJH-SHK | Emerson Noel Beltran-Rivera |
| 2:20-cv-03357-TJH-MRW | R.S.M. |
| 5:20-cv-00605-TJH-AFM | Pedro Bravo Castillo |
| 5:20-cv-00614-TJH-KS | Enrique Francisco Hernandez |
| 5:20-cv-00625-TJH-MAR | Martin Munoz |
| 5:20-cv-00626-TJH-JC | Jimmy Sudney |
| 5:20-cv-00627-TJH-GJS | Jose Robles Rodriguez |
| 5:20-cv-00646-TJH-AGR | An Thanh Nguyen |
| 5:20-cv-00650-TJH-PD | Lionel Prince Deon Bogle |
| 5:20-cv-00651-TJH-PVC | Jesus Villegas-Gomez |
| 5:20-cv-00653-TJH-MAA | Varinder Singh |
| 5:20-cv-00654-TJH-E | Carlos Landeros |
| 5:20-cv-00655-TJH-PVC | Artemio Meraz Hernandez |
| 5:20-cv-00668-TJH-PD | Gabriela Perez Cruz |
| 5:20-cv-00690-TJH-JEM | Cesar Javier Manuel |
| 5:20-cv-00700-TJH-MAA | Nwana Elvira Eyere |
| 5:20-cv-00702-TJH-MAA | Sigifredo Zendejas Lopez |
| 5:20-cv-00708-TJH-ADS | Maria De Los Angeles Santibanez Lepe |
| 5:20-cv-00709-TJH-DFM | Agustina Pineda Ortuno |
| 5:20-cv-00710-TJH-GJS | Wendy Lizette Ordonez |
| 5:20-cv-00712-TJH-JPR | Jeffrey Hernandez Arevalo |
| 5:20-cv-00715-TJH-PD | Ibrahim Bare |
| 5:20-cv-00718-TJH-JEM | Sergio Jonathan Moreno |
| 5:20-cv-00719-TJH-JEM | Somboon Phaymany |

| # | Case Number | Name |
|---|---|---|
| 1 | 5:20-cv-00721-TJH-E | Samani Sosefo Sekona |
| 2 | 5:20-cv-00732-TJH-KK | Jesus Garcia Monarrez |
| 3 | 5:20-cv-00740-TJH-JEM | Russel Casio Bernardino |
| 4 | 5:20-cv-00741-TJH-JEM | Steve Sfera |
| 5 | 5:20-cv-00744-TJH-MAR | Abel Valenzuela Camargo |
| 6 | 5:20-cv-00745-TJH-KK | Maria Rocha Lopez |
| 7 | 5:20-cv-00751-TJH-MAR | Caleb Jose Hernandez Sanchez |
| 8 | 5:20-cv-00759-TJH-MAR | Mebrahtom Habete Zeweldi |
| 9 | 5:20-cv-00760-TJH-JPR | Maria Legarda-Bugarin |
| 10 | 5:20-cv-00762-TJH-KS | Elton Tablada |
| 11 | 5:20-cv-00765-TJH-PD | Vera Fortoh |
| 12 | 5:20-cv-00779-TJH-E | Salvador Chavez Gonzalez |
| 13 | 5:20-cv-00780-TJH-AGR | Duarte Moris Giron |
| 14 | 5:20-cv-00781-TJH-AS | Daniel Alverto Varela Reyes |
| 15 | 5:20-cv-00783-TJH-JPR | Martinez Lizalde Dante |
| 16 | 5:20-cv-00784-TJH-JDE | Victor Sanchez Negron |
| 17 | 5:20-cv-00785-TJH-PD | Pop Jonathan |
| 18 | 5:20-cv-00786-TJH-MAR | Martinez Fuentes Javier |
| 19 | 5:20-cv-00787-TJH-KK | Lopez Martinez Francisco |
| 20 | 5:20-cv-00788-TJH-KES | Zeferino Hernanez Jesus |
| 21 | 5:20-cv-00789-TJH-PD | Zarco Silva Pedro |
| 22 | 5:20-cv-00791-TJH-ADS | Clement Taiwo Babatunde |
| 23 | 5:20-cv-00794-TJH-RAO | Fernandez Ramirez Robert |
| 24 | 5:20-cv-00796-TJH-SP | Johmmy Arnaldo Garcia |
| 25 | 5:20-cv-00810-TJH-GJS | Charleston Edward Dacoff |
| 26 | 5:20-cv-00811-TJH-KS | Luis Lopez Salgado |
| 27 | 5:20-cv-00812-TJH-AFM | Paola Rayon Vite |
| 28 | 5:20-cv-00813-TJH-JEM | Martin Vargas Arellano |

| # | Case Number | Name |
|---|---|---|
| 1 | 5:20-cv-00816-TJH-JEM | Alejandro Jeronimo Osorio |
| 2 | 5:20-cv-00824-TJH-JDE | Gabriel Espinoza Orejel |
| 3 | 5:20-cv-00830-TJH-JEM | Arody Tome |
| 4 | 5:20-cv-00837-TJH-JC | Andre Luiz Costa Soares |
| 5 | 5:20-cv-00846-TJH-PD | Neptali Loreto Morales |
| 6 | 5:20-cv-00849-TJH-MAR | Elozona Ogbechie |
| 7 | 5:20-cv-00853-TJH-AGR | Jose Marcos Gonzales Tapete |
| 8 | 5:20-cv-00855-TJH-MAA | Erick Adrian Roman Vega |
| 9 | 5:20-cv-00856-TJH-JDE | Cecilio Castelo-Sikat |
| 10 | 5:20-cv-00857-TJH-ADS | Victor Diaz Gomez |
| 11 | 5:20-cv-00863-TJH-PD | Ramiro Oropeza Rodriguez |
| 12 | 5:20-cv-00866-TJH-PD | Lisbeth Romero Najera |
| 13 | 5:20-cv-00874-TJH-JPR | Reynaldo Reyes Martinez |
| 14 | 5:20-cv-00882-TJH-AS | Maximo Benavides Cortez |
| 15 | 5:20-cv-00886-TJH-PVC | Freddy Bojorge Lopez |
| 16 | 5:20-cv-00894-TJH-E | Jose Robles Rodriguez |
| 17 | 5:20-cv-00903-TJH-KS | Maria Evelia Regalado-Gomez |
| 18 | 5:20-cv-00916-TJH-MAR | Juan Medina |
| 19 | 5:20-cv-00918-TJH-JEM | Hector Hugo Valenzuela Cruz |
| 20 | 5:20-cv-00943-TJH-SHK | Alonso Castaneda Andrade |
| 21 | 5:20-cv-00947-TJH-KK | Wahid Mansaray |
| 22 | 5:20-cv-00949-TJH-AFM | Alvaro Gonzalez Martinez |
| 23 | 5:20-cv-00954-TJH-AGR | Jose Rey Gutierrez Penaloza |
| 24 | 5:20-cv-00960-TJH-AFM | Maria De Los Angeles Aray Pardo |
| 25 | 5:20-cv-00983-TJH-JEM | Homero Gonzalez Martinez |
| 26 | 5:20-cv-00998-TJH-MAA | Amanuel Meseret Keleta |
| 27 | 5:20-cv-01000-TJH-GJS | Dong Soon Park |
| 28 | 5:20-cv-01001-TJH-AFM | Hyung Bae Kim |

| | | |
|---|---|---|
| 1 | 5:20-cv-01002-TJH-JEM | Kwang Hyen Park |
| 2 | 5:20-cv-01007-TJH-MAA | Juan Carlos Rolon Sandoval |
| 3 | 5:20-cv-01031-TJH-PD | Jose Miguel Galan Najarro |
| 4 | 5:20-cv-01072-TJH-MAR | Omar Brooks |
| 5 | 5:20-cv-01157-TJH-JDE | Ruben Poghosyan |
| 6 | 5:20-cv-01248-TJH-MAR | Brany Alfaro Depaz |
| 7 | 5:20-cv-01442-TJH-PVC | Shengyang Li |
| 8 | 5:20-cv-01461-TJH-MAR | Mohammed Alsayed Abdelsalam |
| 9 | 5:20-cv-01723-TJH-SK | Roderick Santiago |
| 10 | 5:20-cv-02023-TJH-AGR | Laurell Dawin Lewis |
| 11 | 5:20-cv-02370-TJH-PVC | Efrain Diaz Ponce |